1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorneys
5

6  450 Golden Gate Avenue
   San Francisco, California 94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,       )   Criminal No. CR 3 09 70786 BZ
15                                  )
          Plaintiff,                )
16                                  )   STIPULATION AND [PROPOSED]
      v.                            )   ORDER EXCLUDING TIME
17                                  )
   ANGIE HU,                        )
18                                  )
          Defendant.                )
19  _____ )

20

21

22       The above-captioned matter came before the Honorable Elizabeth D. LaPorte,
23  United States Magistrate Judge, on October 15, 2009, for preliminary hearing or
24  arraignment on an indictment. Craig Bessenger, Esq. specially appeared for Edward
25  Swanson, Esq., who substituted into the case in place of Jamie Suttone, Esq., and the
26  government was represented by Jeffrey Finigan, Assistant United States Attorney. The
27  case was set for November 2, 2009, at 9:30 a.m. for preliminary hearing or arraignment
28  on an indictment.

   STIP & ORDER TO EXCLUDE TIME
   CR 3 09 70786 BZ

**FILED**
OCT 16 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  The Court made findings on the record on October 15, 2009, of good cause and
2  the defendant consented to extending the time within which she must be indicted pursuant
3  to Federal Rule of Criminal Procedure 5.1(d) and 18, United States Code, § 3161(b) and
4  (h)(7)(A) and (B)(iv).
5  The parties hereby agree to and request that the case be continued until
6  November 2, 2009, and that the time limits of Rule 5.1(c) be extended until then so that
7  new counsel may familiarize himself with the case and discuss potential resolution. The
8  parties further agree and stipulate that the additional time is appropriate and necessary under Title
9  18, United States Code, § 3161(b) and (h)(7)(A) and (B)(iv), because the ends of justice served
10 by this continuance outweigh the best interest of the public and the defendant in filing an
11 information or indictment within the time set forth in 18 U.S.C. § 3161(b). This time exclusion
12 will allow government and defense counsel to effectively prepare, taking into account the
13 exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: October 16, 2009

/s/
EDWARD SWANSON
Counsel for Angie Hu


DATED: October 16, 2009

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney


So ordered.
DATED: Oct 16, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge

STIP & ORDER TO EXCLUDE TIME
CR 3 09 70786 BZ                              2